**Abatement Order filed April 17, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-12-00084-CV**

_____

**KEN BIGHAM AND TRACY HOLLISTER, Appellants**

**V.**

**SOUTHEAST TEXAS ENVIRONMENTAL, L.L.C., REGOR PROPERTIES, L.L.C., KORDEL, INC., AND JEFFREY PITSENBARGER, Appellees**

**&**

_____

**NO. 14-12-00116-CV**

_____

**SOUTHEAST TEXAS ENVIRONMENTAL, L.L.C., REGOR PROPERTIES, L.L.C., KORDEL, INC., AND JEFFREY PITSENBARGER, Appellants**

**V.**

**KEN BIGHAM AND TRACY HOLLISTER, Appellees**

_____

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2007-55020**

_____

# A B A T E M E N T   O R D E R

This court has been notified that appellee/cross-appellant, Jeffrey Pitsenbarger, has petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 12-32287. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we have stayed all proceedings in these appeals. *See* Tex. R. App. P. 8.2.

For administrative purposes only, and without surrendering jurisdiction, this court orders the causes abated and treated as closed cases. They may be reinstated on motion of any party, showing the stay has been lifted and specifying what further action, if any, is required from this court, or the court may reinstate these appeals on its own motion. *See* Tex. R. App. P. 8.3.


PER CURIAM